UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD HAYNOR,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 08-14941

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [11],
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [7],
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10],
and
DISMISSING THE CASE**

On November 23, 2009, Magistrate Judge Majzoub issued a Report and Recommendation [11] recommending that Defendant's Motion for Summary Judgment [10] be granted, and that Plaintiff's Motion for Summary Judgment [7] be denied. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [7] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [10] is **GRANTED.**

The case is hereby **DISMISSED**.

**SO ORDERED.**

        S/ARTHUR J. TARNOW
        **Arthur J. Tarnow**
        **United States District Judge**

**Dated: December 18, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on December 18, 2009, by electronic and/or ordinary mail.**

**S/LISA M. WARE**
**Case Manager**
